# MEMORANDUM CASE.

[L. A. No. 7085.   In Bank.—October 24, 1922.]

TONY MATOVICH, Petitioner, v. SPENCER M. MARSH,· Judge of the Superior Court of the State of California in and for the County of San Diego, Respondent.

INTOXICATING LIQUORS—VOLSTEAD ACT—ABATEMENT OF NUISANCE— JURISDICTION OF SUPERIOR COURT.—Application for a writ of prohibition denied upon the authority of *Carse v. Marsh, ante,* p. 743.

APPLICATION for a Writ of Prohibition to restrain a contempt proceeding.   Denied.

The facts are the same as those stated in the opinion in *Carse v. Marsh, ante,* p. 743.

A. J. Morganstern for Petitioner.

H. S. Utley and J. D. Malcolm for Respondent.

THE COURT.—Upon the authority of the case of *Carse v. Marsh, ante,* p. 743 [210 Pac. 257], and for the reasons stated therein, it is ordered that the application for a writ of prohibition herein is denied.

Shaw, C. J., Wilbur, J., Lennon, J., Lawlor, J., Waste, J., Shurtleff, J., and Sloane, J., concurred.